June 11, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ANTHONY OBI OGBO A/K/A INTERNATIONAL GUARDIAN NEWSPAPER,
Appellant

NO. 14-14-00570-CV                          V.

PIUS OKAFOR AND JOHN OKAFOR, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on April 17, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Anthony Obi Ogbo a/k/a International Guardian Newspaper.

We further order this decision certified below for observance.